UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                       )
UNITED STATES OF AMERICA               )
                                       )
          v.                           )        Criminal No. 97-0082 (PLF)
                                       )
CLINTON MIMS,                          )
                                       )
                Defendant.             )
_____)
```

MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant Clinton Mims' motion to reconsider.

See Defendant's Motion to Reconsider – Modification/Reduction of Term of Imprisonment

("Mot.").

Mr. Mims asks this Court to reconsider its decision to deny his motion for a

modification or reduction of sentence under 18 U.S.C. § 3582(c)(2).  See United States v. Mims,

Criminal No. 97-0082, Order (D.D.C. July 31, 2008).  Mr. Mims' sole reason for seeking

reconsideration is that the Court denied his Section 3582(c)(2) motion without waiting for Mr.

Mims' reply to the government's opposition to that motion.  See Mot. at 1-2.[1]

The Court has now carefully considered the arguments set forth in Mr. Mims'

reply to the government's opposition to his Section 3582(c)(2) motion, see Defendant's Traverse

[88], and Mr. Mims' motion to reconsider.  The Court is not persuaded that any of these

arguments justify a reconsideration of its earlier decision.  Accordingly, it is hereby

---

[1]     Mr. Mims' reply was filed on August 8, 2008 – approximately one week after the
Court issued its decision denying his Section 3582(c)(2) motion.

ORDERED that Defendant's Motion to Reconsider – Modification/Reduction of Term of Imprisonment [89] is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 19, 2008